On respondent Harris's petition for review filed September 25 and on respondent Montgomery Ward & Company's petition for review filed September 28, petitions denied December 26, 1979

## SALAHUB,
*Respondent,*
*v.*
## MONTGOMERY WARD & COMPANY, et al,
*Petitioners.*

### (TC A7712-18550, CA 10925)

603 P2d 1381

Ridgway K. Foley, Jr., Souther, Spaulding, Kinsey, Williamson & Schwabe, Gino G. Pieretti, Thomas K. O'Shaughnessy, Portland, for the petition of Montgomery Ward & Company filed September 28, 1979.

Arden E. Shenker and Tooze, Kerr, Marshall & Shenker, Portland, for the petition of Robert Harris filed September 25, 1979.

Gary Roberts, Legal Aid Service, Portland, contra.

Before Denecke, Chief Justice, and Holman, Howell, Lent and Linde, Justices.

MEMORANDUM OPINION.

**MEMORANDUM OPINION.**

The respective petitions for review of defendants Montgomery Ward & Company and Robert Harris from the decision of the Court of Appeals on the merits, *Salahub v. Montgomery Ward,* 41 Or App 775, 599 P2d 1210 (1979), are denied. See Oregon Laws 1979, chapter 761, section 2, amending ORS 23.665.